# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

130150

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGE H. GOLDSTONE,
        Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
        Defendant-Appellee.

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

_____/

        On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties are directed to file supplemental briefs within 56 days of the date of this order limited to the issue whether defendant's challenged library policy is a violation of Const 1963, art 8, § 9.

        The Michigan Municipal League and the Michigan Library Association are invited to file briefs amicus curiae on the issue identified above. Other persons or groups interested in the determination of that issue may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

_____
Clerk

t0404